UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-00434 (SRN)

UNITED STATES OF AMERICA,

    Petitioner,

                                                    **ORDER**

    v.

ERIC MALMSTROM,

    Respondent.


Pursuant to the Court's authority under 18 U.S.C. § 4263(e), the Court hereby orders that, on or about June 1, 2024, Respondent Eric Malmstrom shall be released from the custody of the United States Attorney General under the following conditions:

1.    That when a bed is available, Mr. Malmstrom will reside at Pharos House, a residential reentry center at said residence at the direction of the U.S. Probation Officer. Pharos House is located at 5 Grant St, Portland, ME 04101. Mr. Malmstrom will abide by the rules and regulations of the program.  Any change from this residence shall be approved by the U.S. Probation Office in advance.

2.    Mr. Malmstrom will remain at Pharos House for 12 months.  During this time, he will be expected to be working with this care team to obtain a long term and appropriate place to reside.

3.    Mr. Malmstrom will be supervised by U.S. Probation and follow all instructions given by the supervising Probation Officer.

4.  Mr. Malmstrom will actively participate in, and cooperate with, a regimen of mental health care, drug and alcohol treatment, and psychiatric aftercare as directed by the U.S. Probation Officer and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient facility for stabilization should it be deemed necessary. He shall follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended.

5.  Mr. Malmstrom will not have in his possession at any time actual or imitation firearms or other deadly weapons, and he may not write, say or communicate threats. He shall submit to a warrantless search on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and shall permit confiscation of any such contraband.

6.  Mr. Malmstrom will abide by all the mandatory, standard and special conditions that were imposed at his sentencing as outlined below:

<u>Mandatory Conditions of Supervision</u>

7.  Mr. Malmstrom must not commit another federal, state or local crime.

8.  Mr. Malmstrom must not unlawfully possess a controlled substance.

9.  Mr. Malmstrom must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two additional drug tests during the term of supervision, but not more than 120 drug test per year thereafter, as directed by the probation officer.

10. Mr. Malmstrom must cooperate in the collection of DNA as directed by the probation officer.

Standard Conditions of Supervision

11.   Mr. Malmstrom must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment unless the probation officer instructs you to report to a different probation office within a different duration.

12.   After initially reporting to the probation office, Mr. Malmstrom will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

13.   Mr. Malmstrom must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation office.

14.   Mr. Malmstrom must answer truthfully the questions asked by your probation officer.

15.   Mr. Malmstrom must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

16.   Mr. Malmstrom must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

17.   A United States probation officer may conduct a search of Mr. Malmstrom and of anything he owns, uses, or possesses if the officer reasonably suspects that the defendant has violated a condition of supervised release and reasonably suspects that evidence of the violation

will be found in the areas to be searched. Searches must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation of release.

18. Mr. Malmstrom must work full-time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses him from doing so. If he does not have full-time employment, he must try to find full-time employment, unless the probation officer excuses him from doing so. If he plans to change where he works or anything about his work (such as your position or your job responsibilities), he must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, he must notify the probation officer within 72 hours of becoming aware of a change or expected change.

19. Mr. Malmstrom must not communicate or interact with someone he knows is engaged in criminal activity. If he knows someone has been convicted of a felony, he must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

20. If Mr. Malmstrom is arrested or questioned by a law enforcement officer, he must notify the probation officer within 72 hours.

21. Mr. Malmstrom must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e.., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

22. Mr. Malmstrom must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

23. If the probation officer determines that Mr. Malmstrom poses a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and he must comply with

that instruction. The probation officer may contact the person and confirm that he has notified the person about the risk.

24.   Mr. Malmstrom must follow the instructions of the probation officer related to the conditions of supervision.

Special Conditions of Supervision

25.   Mr. Malmstrom shall participate in mental health treatment, as directed by the supervising officer, until released from the program by the supervising officer. Mr. Malmstrom shall pay/co-pay for services during such treatment, to the supervising officer's satisfaction.

26.   Mr. Malmstrom shall comply with the medication program prescribed by a licensed medical practitioner.

27.   Mr. Malmstrom shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if he has used drugs or intoxicants. Mr. Malmstrom shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. He shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests.

28.   Mr. Malmstrom shall have no communication or contact with Z.B. or the Embassy of Sweden.

29.   Mr. Malmstrom shall provide personal and business telephone records to the supervising officer as directed; and

30.   Mr. Malmstrom shall not own or possess any firearm or other dangerous weapon, or knowingly be at any time in the company of anyone known by him to possess a firearm or other dangerous weapon.

SO ORDERED.

Dated: March 26, 2024        /s/ Susan Richard Nelson
                             The Honorable Susan Richard Nelson
                             United States District Court Judge